COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

 

                                                 NO.
2-10-190-CV

 

 

ARETA NELSON                                                                                APPELLANT

 

                                                             V.

 

DAVID B. GRAYBILL,
D.O.                                                                   APPELLEE

 

                                                       ------------

 

              FROM
THE 348TH DISTRICT COURT OF TARRANT COUNTY

 

                                                       ------------

 

                                     MEMORANDUM OPINION[1]

 

                                                       ------------

In
this medical malpractice case, Appellant Areta Nelson attempts to appeal from
the trial court=s March 11, 2010 order
granting Appellee David Graybill, D.O.=s
motion to dismiss her claims Against him.[2]  Because such an appeal is accelerated,[3]
Appellant=s
notice of appeal was due March 31, 2010,[4]
but she did not file it until June 9, 2010, which was untimely.[5]

On
June 21, 2010, we notified Appellant that her appeal was subject to dismissal
for want of jurisdiction unless, by July 1, 2010, she filed a response showing
grounds for continuing the appeal.[6]  No response has been filed.  Accordingly, we dismiss this appeal for want
of jurisdiction.[7]

 

PER
CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  August 12, 2010











[1]See Tex. R. App. P.
47.4.





[2]See Tex. Civ. Prac.
& Rem. Code Ann. ' 51.014(a)(10)
(Vernon 2008).





[3]See Tex. R. App. P.
28.1(a).





[4]See Tex. R. App. P.
26.1(b), 28.1(b).





[5]See Tex. R. App. P.
26.1(b).





[6]See Tex. R. App. P.
42.3(a).





[7]See Tex. R. App. P.
42.3(a), 43.2(f).